UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:25-cv-06033-MAA                                                    Date: September 30, 2025

Title   Star Fabrics, Inc. v. HNLTF, Inc. et al

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**      **ORDER TO SHOW CAUSE**

On August 12, 2025, this matter was assigned to Magistrate Judge Maria A. Audero for all purposes under the Magistrate Judge Direct Assignment Program. (ECF No. 11.) On August 14, 2025, the Court issued an order setting a Scheduling Conference for September 22, 2025 and requiring the parties to submit a Joint Rule 26(f) Report by no later than fourteen (14) days before the Scheduling Conference, or September 8, 2025. (ECF No. 13 at 2.) The parties did comply with this order. On September 12, 2025, in light of the parties' failure to file the Joint Rule 26(f) Report, the Court vacated the September 22, 2025 Scheduling Conference and ordered the parties to file the Joint Rule 26(f) Report no later than September 19, 2025. (ECF No. 14.) To date, the Joint Rule 26(f) Report has not been filed and the parties have not sought an extension of time in which to do so.

Accordingly, the court **ORDERS** the parties **TO SHOW CAUSE** in writing, **by no later than October 7, 2025**, why they should not be sanctioned for failure to comply with the Court's August 14, 2025 and September 12, 2025 orders. In addition, the Court **ORDERS** Plaintiff **TO SHOW CAUSE** in writing, **by no later than October 7, 2025**, why this case should not be dismissed for failure to prosecute and comply with Court orders.

It is so ordered.